

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2018

No. 04-18-00183-CR

Cornell Jackie **DRUMMER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1991CR1948A
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

Appellant's "Motion for an Order to Be Issued Upon the Bexar County Auditor's Office to Stop Any Audit Investigation into the SAPD-Evidence Property Room Until the Assignment of FBI Special Investigative Agent to Oversee the Investigation" is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court